IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:22-CR-363-Y(02) |
| KINSEY FORCE | § § | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OBJECTION TO PSR ADDENDUM OUT OF TIME

TO THE HONORABLE TERRY R. MEANS, UNITED STATES DISTRIC JUDGE:

COMES NOW, KINSEY FORCE, Defendant, by and through her attorney of record, Assistant Federal Public Defender Joshua Rhodes, and hereby moves this Honorable Court for leave to file her objection to the PSR Addendum out of time. The objections to the Addendum were due by March 28, 2023, one week after the Addendum was filed. Counsel missed the deadline, and respectfully moves the Court for leave to file out of time.

Counsel has conferred with Assistant United States Attorney Shawn Smith, and he does not object to this motion for leave.

WHEREFORE, PREMISES CONSIDERED, defendant, Kinsey Force, prays that this motion for leave to file her objections to the PSR Addendum out of time be granted.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

/s/ Joshua Rhodes
**JOSHUA RHODES**

ASSISTANT FEDERAL PUBLIC DEFENDER
Northern District of Texas
P.O. Box 17743
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753
Joshua_Rhodes@fd.org
Texas Bar No. 24110272

Certificate of Conference

I, Joshua Rhodes, hereby certify that on April 20, 2023, conferred with Shawn Smith and he is not opposed to this motion for leave.

/s/ Joshua Rhodes
**JOSHUA RHODES**

Certificate of Service

I, Joshua Rhodes, hereby certify that on April 20, 2023, I served a true and correct copy of this document upon Assistant United States Attorney, Shawn Smith, and U.S. Probation Officer, Joshua Whitfill via ECF.

/s/ Joshua Rhodes
**JOSHUA RHODES**