United States District Court
for the
__Northern Texas__ Division

United States of America,
*Plaintiff,*

v.

__Kinsey Taylor Force__
*Defendant.*

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 9 2025
CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```

__SFF Hazleton__
Place of Confinement

__27830-510__
Federal Register Number

__4:22-CR-363-Y(2)__
Criminal Case Number

### Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:

__X__   Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

_____   Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

---

### Instructions - Read Carefully

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

Page 1 of 5

3. Completed motions must be mailed to the **Clerk of the United States District Court for the** Northern **District of** Texas at the appropriate divisional office below:

Federal U.S. Courthouse
501 W 10th St
Fort Worth, TX 76102-3600

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   Federal U.S. Courthouse   501 W 10th St   Fort Worth, TX 76102

2. Date(s) of sentence and judgment of conviction:

   04-25-2023

3. Are you currently in prison for this sentence?

   __X__ Yes _____ No

4. If so, when is your projected date of release? 07-14-2032

5. Are you currently on supervised release? _____ Yes __X__ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____ Yes __X__ No

7. Is your case currently on appeal? _____ Yes __X__ No

8. Offense(s) for which you were convicted (all counts):

   Conspiracy to possess with the intent to distribute a controlled substance

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   _____ Yes __X__ No _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☒ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    \_\_\_\_Yes   _X_ No   \_\_\_\_ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    _____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    \_\_\_\_Yes   _X_ No   \_\_\_\_ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    I am currently on waiting list for multiple classes that will help me meet my needs and goals set with my case manager. I have signed up for my institutions new program called "GROW" that will help me prepare to reenter society. Due to my out date being so far away I typically have to wait longer to get into classes. I am soon to be enrolled in paralegal courses that my family is financially contributing to so I will have a career course upon release. I have acquired 225 FSA days due to work or programming.

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this __May 29th_____, 20_25_.

_____
Signature of Defendant

__Kinsey Taylor Force__
Printed Name

__27830510__
BOP No.

__Hazleton__
Federal Correctional Institution (if applicable)

__PO Box 3000__
Address

__Bruceton Mills, WV 26525__
City, State & Zip Code

Kirvey Force #27830510
SFF Hazleton
PO Box 3000
Bruceton Mills, WV 26525



PITTSBURGH PA 150
31 MAY 2025 PM 8 L

RECEIVED
JUN - 9 2025
13:17am /10
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX

Federal Public Defenders Office
819 Taylor St
STE 9A10
Fort Worth, TX 76102

76102-511410

Legal Mail